**Electronically Filed
Supreme Court
SCWC-21-0000042
21-MAY-2021
11:30 AM
Dkt. 7 ODAC**

SCWC-21-0000042

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EDMUND M. ABORDO,
Petitioner/Plaintiff-Counterclaim Defendant-Appellant,

vs.

ISLAND INSURANCE COMPANY, LTD.; CALVIN MATSUSHIMA,
Respondents/Defendants-Appellees,

and

ENTERPRISE RENT-A-CAR; JULIE STEPHENSON,
Respondents/Defendants-Counterclaimants-Appellees.

-----------------------------------------------

ENTERPRISE RENT-A-CAR; JULIE STEPHENSON,
Respondents/Third-Party Plaintiffs-Appellees,

vs.

YURIE YAMANO, Respondent/Third-Party Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000042; CIV. NO. 1CC191000393)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner Edmund M. Abordo's application for writ of
certiorari, filed on April 21, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 21, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

